# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0105. MARSHALL BRADLEY  v. JUDGE HOLLY VEAL et al.

Upon consideration of Marshall Bradley's original mandamus petition, filed pursuant to Court of Appeals Rule 40 (c), the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/02/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.